**No. 56000.**—Heller Hope Co. et al. *v.* United States, protests 173190–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 56001.**—Ira Furman Co. *v.* United States, protest 169981–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of rayon waste similar in all material respects to that the subject of *United States* v. *Royal Manufacturing Company* (37 C. C. P. A. 95, C. A. D. 425), the claim of the plaintiff was sustained.

**No. 56002.**—Kachurin Drug Co. *v.* United States, protest 134349–K (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of "Sulfichton, Lithol N. F. (Ichthammol), Lithol (Ichthammol), Lithol, Saurolo NFS (Ichthammol)" similar in all material respects to the ammonium ichthosulfonate passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 16, 1951

**No. 56003.**—Fuchs Shoe Corp. *v.* United States, protest 173956–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.